UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT P. THOMPSON and VINNIE M. THOMPSON, a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C06-1804-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' Local Civil Rule 37 Joint Submission regarding their discovery dispute as to the timing of expert disclosures. Defendant seeks a staggered expert disclosure schedule, which would require Plaintiffs to disclose their experts by July 20, 2007, prior to Defendant's disclosures by over a month. Federal Rule of Civil Procedure 26(a)(2) requires mutual expert disclosures at least 90 days before trial and the presumption is that disclosures are to be made simultaneously.

The trial in this matter is set for March 31, 2008. The Court can find no reason to require

MINUTE ORDER – 1

1  Plaintiffs to disclose their experts over eight months before trial or to require them to make disclosures at
2  any time prior to Defendant's deadline.  If the parties wish to stipulate to an earlier mutual disclosure
3  deadline, they may do so.  Otherwise, the Federal Rules shall govern.  Accordingly, Defendant's motion
4  for a staggered early expert disclosure schedule is DENIED.

5  DATED this 9th day of July, 2007.

6  BRUCE RIFKIN, Clerk of Court

8  By  /s/ C. Ledesma
     Deputy Clerk

26  MINUTE ORDER – 2