1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT P. THOMPSON and VINNIE M.
THOMPSON, a marital community,

          Plaintiffs,

          v.

WHIRLPOOL CORPORATION,

          Defendant.

Case No. C06-1804JCC

TAXATION OF COSTS

     Costs in the above-entitled cause are hereby taxed against DEFENDANT WHIRLPOOL

CORPORATION and on behalf of PLAINTIFFS ROBERT P. THOMPSON and VINNIE M.

THOMPSON in the unopposed amount of $3,334.82.

     Entered this ____8th____ day of JULY , 2008 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1